MIGNONETTE M. RIKER, respondent,

*v.*

SAMUEL McD. RIKER, appellant.

[Submitted July 6th, 1914. Decided October 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 198.*

*Mr. Chauncey G. Parker,* for the respondent.

*Messrs. Coult & Smith,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS—13.

*For reversal*—None.